1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

11

12

13

14

THOMAS RICHEY,

                   Plaintiff,

            v.

LISA SYKES, et al.,

                 Defendants.

CASE NO. C12-0660JLR

ORDER

15

## I.     INTRODUCTION

16    This matter comes before the court on the Report and Recommendation of United

17  States Magistrate Judge Mary Alice Theiler (R&R (Dkt. # 23)), and Plaintiff Thomas

18  Richey's objections thereto (Objection (Dkt. # 24)).  Having carefully reviewed the

19  foregoing, the remainder of the record, and the governing law, the court ADOPTS the

20  Report and Recommendation (Dkt. # 23) and DISMISSES Mr. Richey's complaint with

21  prejudice.

22

# I.    BACKGROUND

Mr. Richey is a state prisoner who is presently incarcerated at the Clallam Bay Corrections Center ("CBCC") in Clallam Bay, Washington.  Mr. Richey brought a civil rights action under 42 U.S.C. § 1983 alleging that his First Amendment rights were violated when mail he attempted to send out of the institution was rejected and confiscated.  The parties brought cross motions for summary judgment with respect to Mr. Richey's First Amendment claims.  (*See* Dkt. ## 13, 19.)

Magistrate Judge Theiler recommended denying Mr. Richey's motion for summary judgment, granting Defendants' motion for summary judgment, and dismissing Mr. Richey's complaint with prejudice.  (R&R at 11.)  Mr. Richey filed a timely objection to the Magistrate Judge Theiler's report and recommendation.  (*See generally* Objection.)

# II.    STANDARD OF REVIEW

A district court has jurisdiction to review a Magistrate Judge's report and recommendation on dispositive matters.  Fed. R. Civ. P. 72(b)(3).  "The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to."  *Id*.  "A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."  28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72(b)(3) (The district judge may accept, reject, modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions.").  "The statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo if objection is

1  made, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir.

2  2003) (en banc).  Because Mr. Richey is proceeding *pro se*, this court must interpret his

3  complaint and objections liberally.  *See Bernhardt v. Los Angeles Cnty.*, 339 F.3d 920,

4  925 (9th Cir. 2003).

## III.   DISCUSSION

6          Mr. Richey objects to Magistrate Judge Theiler's Report and Recommendation by

7  asserting that she applied the wrong standard of scrutiny under Supreme Court precedents

8  applicable to First Amendment challenges to outgoing prisoner mail.  (Objections at 1-3.)

9  Mr. Richey's objection to the Report and Recommendation does not raise any issue that

10  was not correctly addressed by Magistrate Judge Theiler.  (*See* R&R at 5-11 (articulating

11  and applying the correct standard for evaluating a First Amendment challenge to prison

12  regulations censoring prisoner mail).)  Moreover, the court has thoroughly examined the

13  record before it and finds Magistrate Judge Theiler's reasoning persuasive in light of that

14  record.  Mr. Richey essentially reargues the contentions made to Magistrate Judge

15  Theiler, and the court independently rejects them for the same reasons articulated in the

16  Report and Recommendation.  (*See generally* R&R.)

## IV.   CONCLUSION

18          For the foregoing reasons, the court hereby ORDERS as follows:

19          (1) The court ADOPTS the Report and Recommendation (Dkt. # 23) in its

20  entirety;

21          (2) The court DENIES Mr. Richey's motion for summary judgment (Dkt. # 13)

22  and GRANTS Defendants' cross motion for summary judgment (Dkt. # 19);

1    (3) The court DISMISSES Mr. Richey's complaint (Dkt. # 3) with prejudice; and

2    (4) The court DIRECTS the Clerk to send copies of this Order to Mr. Ruchey, to

3 counsel for respondent, and to Magistrate Judge Theiler.

4    Dated this 18th day of March, 2013.

5

6

7    _____

8    JAMES L. ROBART
     United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER- 4